**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA,
OAKLAND DIVISION**

| | |
|---|---|
| MARYANNE KHOO,<br><br>             Plaintiff,<br>       vs.<br><br>HUNT & HENRIQUES,<br><br>             Defendant. | Case No.: **09-cv-05175-JW**<br><br>[~~PROPOSED~~] ORDER OF<br>DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**  The Clerk shall close this file.

Dated:  April 29, 2010

_____
The Honorable Judge
James Ware
United States District Judge

1

[Proposed] Order